**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

COVINGTON SPECIALTY
INSURANCE COMPANY,

     Plaintiff,

        v.                                                                              Civil Action No. 2:21-cv-247

OMEGA RESTAURANT &
BAR, LLC,

     Defendant.

**ORDER**

Upon consideration of the parties' briefing, relevant legal authority, and as set forth in the Court's Memorandum Opinion, Plaintiff's Motion for Summary Judgment, ECF No. 11, is **GRANTED**, and Defendant's Motion for Summary Judgment, ECF No. 14, is **DENIED**.

It is so ORDERED.

The Court directs the Clerk to close the case and a copy of this order to all counsel of record.

                                 /s/
                                 Elizabeth W. Hanes
                                 United States District Judge

Norfolk, Virginia
Date: <u>March 30, 2023</u>