**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

COVINGTON SPECIALTY INSURANCE
COMPANY,

                                *Plaintiff*,

- against -                        Civil Action No. 2:21-cv-00247-EWH-RJK

OMEGA RESTAURANT & BAR, LLC,

                              *Defendant*.

## NOTICE OF APPEAL

Notice is hereby given that defendant OMEGA RESTAURANT & BAR, LLC

("Omega") hereby appeals to the United States Court of Appeals for the Fourth Circuit from: (1)

the Order entered in this action on March 30, 2023 Order, Dkt. 24, which granted summary

judgment to plaintiff COVINGTON SPECIALTY INSURANCE COMPANY ("Covington")

and denied Omega's motion for summary judgment; and (2) the Order entered in this action on

March 26, 2024, Dkt. 30, which denied Omega's Motion to Alter or Amend the Court's

summary judgment order.

Dated: New York, New York
       April 19, 2024

**WHARTON, LEVIN, EHRMANTRAUT &
KLEIN, P.A.**

By: /s/ Paul T. Walkinshaw
Paul T. Walkinshaw, Esq.
VSB No. 66049
10300 Eaton Place, Suite 301
Fairfax, Virginia 22030
(703) 591-9700 ext. 2005
(703) 591-0023 fax
ptw@whartonlevin.com

**THE CASAS LAW FIRM, P.C.**

By: /s/ John V. Golaszewski
John V. Golaszewski, Esq.
New York Bar No. 4121091
1740 Broadway, 15th Floor
New York, New York
T: 855.267.4457
F: 855.220.9626
john@talentrights.law
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April 2024, the foregoing was served on counsel for all parties via ECF.


**/s/ Paul T. Walkinshaw**